# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**CIPRIANO GONGORA,**

    Petitioner,

v.                                         Case No. 3:14cv651-LC/CAS

**SECRETARY, FLORIDA**
**DEPARTMENT OF CORRECTIONS,**

    Respondent.
_____/

## ORDER

This cause comes on for consideration upon the United States Magistrate Judge's Report and Recommendation (ECF No. 14) dated April 19, 2017. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. No objections have been filed.

Having considered the report and recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED** as follows:

1. The magistrate's Report and Recommendation is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus filed by Petitioner Gongora pursuant to 28 U.S.C. § 2254 is **DENIED**. A certificate of appealability and leave to appeal in forma pauperis are also **DENIED**.

3. The Clerk shall enter judgment and close this file.

**DONE AND ORDERED** this 21st day of June, 2017.

*s/ L.A. Collier*
LACEY A. COLLIER
Senior United States District Judge